IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At BALTIMORE

|                  |     |                     |
|------------------|-----|---------------------|
| IN RE:           | *   |                     |
|                  | *   |                     |
| BRIAN A MCNABB   | *   |                     |
| Aka Brian McNabb | *   | Case No. 15-19097   |
|                  | *   |                     |
|                  | *   |                     |
| Debtor           | *   | Chapter 13          |
|                  | *   |                     |
|                  | *   |                     |
|                  | *   |                     |

*     *     *     *     *     *     *     *     *     *     *     *     *

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST, Movant (BSI Financial Services, Inc.) its attorneys, Richard J. Rogers and Cohn, Goldberg & Deutsch, LLC, and in response to the Notice of Final Cure Payment states as follows:

1)      U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST, Movant (BSI Financial Services, Inc.) disagrees that the Debtors have paid the full amount to cure the default on Creditor's claim.  Under the Consent Order entered, the Debtor was to put the post-petition arrears in an Amended Plan but failed to do so.

2)      U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST, Movant (BSI Financial Services, Inc.) disagrees that Debtor is current with respect to all payments consistent with §1322 (b) (5).

/s/ Richard J. Rogers
Richard J. Rogers 01980
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, Maryland 21204
(410) 296-2550
Fax: (410) 296-2558
E-mail: bankruptcyecf@cgd-law.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th of August 2019 that a copy of the foregoing

Response to Notice of Final Cure Payment was served by first class mail to:


Brian A McNabb
903 Edgerly Road
Glen Burnie, MD 21060


AND BY ELECTRONIC FILING NOTIFICATION CM/ECF:

James R. Logan, Esquire
2419 Maryland Avenue
Baltimore, MD 21218
jamesrloganpa@gmail.com

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com


/s/ Richard J. Rogers
Richard J. Rogers